UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| SHEILA STEIGER, | ) | CIV. 11-5090-JLV |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| GENERAL CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation of dismissal (Docket 19), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs, disbursements, or attorneys' fees to either party.

Dated May 24, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE